UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

      Plaintiff,                                              Case No. 07-CR-237

     v.

TERRENCE T. WRIGHT,

      Defendant.

___

## ORDER DISMISSING PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT

___

Based on the government's motion to dismiss the property specified in the forfeiture provision of the Indictment filed with this Court, the Court hereby GRANTS the motion and orders that the following item:

    A.    Approximately $2,248.00 in United States currency seized from the property at 2525 West Auer Street, Milwaukee, Wisconsin, on July 25, 2007,

be dismissed from the Indictment.

Dated at Milwaukee, Wisconsin, this 30th day of November, 2007.

                                /s Lynn Adelman

                              _____
                              HONORABLE LYNN ADELMAN
                              U.S. District Judge